```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA DOLAN COYLE                  :        CIVIL ACTION
                                  :
        v.                        :
                                  :
AMERCO t/a REPUBLIC WESTERN       :
INS. CO., et al.                  :        NO. 02-3619
```

ORDER

AND NOW, this        day of April, 2003, after a telephone conference with counsel, it is hereby ORDERED that the motion of plaintiff to compel discovery (Document #12) is DENIED without prejudice, except for that part of the motion involving Interrogatories #3-7 of the plaintiff's second set of interrogatories and Interrogatory #1 of the third set of interrogatories.  The motion to that extent is being held in abeyance pending further briefing by the parties.

                                  BY THE COURT:


                                  _____
                                                              J.