```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LISA DOLAN COYLE              :        CIVIL ACTION
                              :
       v.                     :
                              :
AMERCO t/a REPUBLIC WESTERN   :
INS. CO., et al.              :        NO. 02-3619

## ORDER

AND NOW, this       day of May, 2003, it is hereby ORDERED that the motion of plaintiff to compel discovery (Document #12) is GRANTED as to Interrogatories #3-7 of the plaintiff's second set of interrogatories and Interrogatory #1 of the third set of interrogatories.  Defendants shall serve upon plaintiff answers to these interrogatories within seven business days.

                                        BY THE COURT:


                                        _____
                                                                     J.