**TABLE OF AUTHORITIES**

**CASES**

Anderson v. Liberty Lobby, Inc.,
 477 U.S. 242 (1986) ................................................................................................ 12

Andrews v. City of Phila.
895 F.2d 1469 (3d Cir. 1990)...............................................................................13,25

Bacone v. Philadelphia Housing Authority,
2001 WL 748177 (E.D. Pa. 2001) ..................................................................... 26,27

Baker v. Lafayette College,
 350 Pa. Super. 68 (1986) ..................................................................................... 28

Banyas v. Lower Bucks Hospital,
293 Pa. Super. 122 (1981) ..................................................................................... 24

Baskerville v. Culligan Intern. Co.,
50 F.3d 428 (7th Cir. 1995) .................................................................................. 14

Bishop v. National R.R. Passenger Corp.,
66 F.Supp. 2d 650 (E.D. Pa. 1999) ...................................................................... 14

Buczek v. First Nat. Bank of Mifflington,
366 Pa. Super. 551 (1987) .................................................................................... 23

Burlington Ind., Inc. v. Ellerth,
524 U.S. 742 (1998) ............................................................................................. 13

Celotex Corp. v. Catrett,
477 U.S. 317 (1986) ............................................................................................. 12

Chuy v. Philadelphia Eagles Football Club,
595 F.2d 1265 (3d Cir. 1979) ......................................................................... 23, 24

Cox v. Keystone Carbon,
861 F.2d 390 (3d Cir. 1988) ............................................................................. 23,25

Cross v. Alabama,
49 F.3d 1490 (11th Cir. 1995) ............................................................................. 17

Destefano v. Henry Mitchell,
2000 W.L. 433993 (E.D.Pa. 2000) ...................................................................... 21

De Wyer v. Temple University,
2001 WL 115461 (E.D. Pa.2001) ............................................................................... 24

Dici v. Commonwealth of Pennsylvania,
91 F.3d 542 (3d Cir. 1996) ............................................................ 17, 18,21,22

Farrell v. Planters Lifesavers Company,
206 F.3d 271 (3d Cir. 2000) ............................................................................... 18,19,20

Gautney v. Amerigas Propane, Inc.,
107 F.Supp. 2d 634 (E.D. Pa. 2000) ............................................................................... 12

Glickstein v. Neshaminy School Dist.,
1997 W.L. 660636 (E.D. Pa. 1997) ............................................................................... 22

Grant v. Lone Star Co.,
21 F.3d 649 (5th Cir. 1994) ............................................................................... 18

Harley v. McCoach,
928 F.Supp. 553 (E.D.Pa. 1996) ...............................................................................14

Harris v. Forklift Systems, Inc.,
510 U.S. 17 (1993) ............................................................................... 12

Hoy v. Angelone,
554 Pa. 134 (1998) ............................................................................... 25,29

Johnson v. R.R Express Agency,
421 U.S. 454 (1975) ............................................................................... 27

Kohn v. Lemmon Co.,
1998 W.L. 67540 (E.D. Pa. 1998) ............................................................................... 21

Kolstad v. American Dental Ass'n,
527 U.S. 526 (1999) ............................................................................... 29

Koschoff v. Henderson
109 F.Supp. 2d 332, 346  (E.D.. Pa. 2000) ............................................................................... 13

Krieski v. Schott Glass Technologies, Inc.,
 426 Pa. Super. 105 (1993) ............................................................................... 28

Larmore v. RCP/JAS, Inc.,
1998 W.L. 372647 (E.D.Pa. 1998) ............................................................................... 27

Maier v. Maretti,

NO

671 A.2d 701 (Pa.Super. 1995) .......................................................................................... 28

Matsushita Electric Industrial Company, Ltd. v. Zenith Radio Corporation,
475 U.S. 574 (1986) ........................................................................................................ 12

McDonnell Douglas Corp. v. Green,
411 U.S. 792 (1973) ........................................................................................................ 16

McDonnell v. Cisneros,
84 F.3d 256 (7th Cir. 1996) ............................................................................................. 20

McGowen v. Prentice,
341 So. 2d 55 (La. App. 1976) ........................................................................................ 28

Miller v. Aluminum Co. of America,
 679 F. Supp. 495 (W.D. Pa.), *aff'd*, 856 F.2d 184 (3d Cir. 1988) ................................. 14

Miller v. Maxwell's Inter. Inc.,
991 F.2d 583 (9th Cir. 1993) ........................................................................................... 18

Mincin v. Shaw Packing Co.,
989 F. Supp. 710 (W.D.Pa. 1997) ................................................................................... 27

Moore v. Grove North American, Inc.,
 927 F. Supp. 824 (M.D.Pa. 1996) .................................................................................. 14

Pappieves v. Lawrence,
437 Pa. 373 (1970) .......................................................................................................... 24

Pittman v. Continental Airlines, Inc.,
35 F.Supp.2nd , 445 (E.D.Pa. 1999) ...................................................................... 13.16,29

Redding v. Carlton,
223 Pa. Super. 136 (1972) ...............................................................................................28

Robinson v. City of Pittsburgh,
 120 F.3d 1286 (3d Cir. 1997) ......................................................................................... 18

Sauers v. Salt Lake Co.,
1 F.3d 1122 (10th Cir. 1993) ........................................................................................... 18

Sheridan v. E.I. DuPont de Nemours & Co.,
100 F.3d 1061 (3d Cir. 1996) .......................................................................................... 22

Smart v. Ball State University,
89 F.3d 437 (7th Cir. 1996) ............................................................................................. 20

Trammell v. Aston Construction Co.,
1997 W.L. 299385 (E.D. Pa. 1997) ....................................................................... 26

Waserman v. Potamkin Toyota, Inc.,
1998 W.L. 744090 (E.D.Pa. 1998) .........................................................................25

Wisniewski v. Johns-Manville Corp.,
812 F.2d 81 (3d Cir. 1987) ................................................................................... 12

Zartman v. Lehugh County Humane Society,
333 Pa. Super. 245 (1984) .................................................................................... 28

### STATUTES AND RULES

42 Pa.Con.Stat.Ann Sec. 5523(1) (West 1981 & Supp.2000) ........................................ 26

43 P.S. Sec. 955(e) ........................................................................................................ 21

42 Pa.C.S. Sec 8343 ...................................................................................................... 28

43 Pa. Cons. Stat. Ann. § 955(e) (Purdon Supp.1997) .................................................. 22

Fed. R. Civ. P. 56 .......................................................................................................... 11

Section 704(a) of Title VII, 41 U.S.C. Sec. 2000e-3(a) ................................................ 18

42 U.S.C. Sec. 2000e, *et seq.*, ...................................................................................... 21

42 U.S.C. §2000e-2(a)(1) .........................................................................................12,19

### MISCELLANEOUS

Restatement (Second) of Torts, Sec. 46, comment (d) .................................................. 24

*W. Prosser & Keeton,* THE LAW OF TORTS Sec. 111
(4th ed. 1984) ................................................................................................................28