-ii-

## TABLE OF AUTHORITIES

### CASES

Fakete v. AETNA, Inc.,
308 F.3d 355 (3rd Cir. 2002) .................................................................................. 6

Hook v. Ernst & Young,
28 F.3d 366 (3rd. Cir. 1994) .................................................................................. 2

Ostrowski v. Atlantic Mut. Ins. Co. ........................................................................ 2

Price Waterhouse v. Hopkins,
490 U.S. 228, 109 S. Ct. 1775 (1989) ............................................................... 1,2

Rose v. New York City Bd. of Ed.,
257 F.3d 156 (2d. Cir. 2001) ................................................................................. 6

Walden v. Georgia -Specific Corp,
126 F.3d 506 (3d. Cir. 1997) ............................................................................. 1, 2