IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA DOLAN COYLE<br>3120 Maureen Drive<br>Philadelphia, PA   19154<br><br>             Plaintiff,<br>    v.<br><br>AMERCO, t/a Republic Western Insurance Company<br>1 Ivybrook Boulevard Suite 160<br>Ivyland, PA   18974<br><br>JAMES WALLETE,<br><br>             Defendants | : : : : : : : : : : : : : : : : : : : | JURY TRIAL DEMANDED<br><br><br><br><br><br><br><br><br><br>Civil Action No. 02-CV-3619 |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST TO HER PRETRIAL MEMORANDUM

Plaintiff hereby supplements her previous exhibit list in item 5 of her Pretrial Memorandum to include the following exhibits:

SS    Defendant James Wallete's income tax returns

TT    Defendant James Wallete's responses to interrogatories and document requests

UU    Republic Western's financial statements, 2001

VV    Republic Western's financial statements, 2002

XX    Complaint of AMERCO in <u>AMERCO v. PriceWaterhouseCoopers, LLP</u>, 03 cv 0736PHX RCB, filed April 18, 2003.

YY    Medical Report of James Blumenthal, MD, 1/4/01

Respectfully submitted,

_____
LINDA P. FALCÃO (43725)
**LAW OFFICES OF
LINDA P. FALCÃO, ESQ., PC**
238 Harrogate Road
Wynnewood, PA  19096
610-642-8091
Attorney for Plaintiff


DATE: