IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA DOLAN COYLE<br>3120 Maureen Drive<br>Philadelphia, PA   19154<br><br>                    Plaintiff,<br>          v.<br><br>AMERCO, t/a Republic Western Insurance Company<br>1 Ivybrook Boulevard Suite 160<br>Ivyland, PA   18974<br><br><br>JAMES WALLETE,<br><br>                    Defendants | JURY TRIAL DEMANDED<br><br><br><br>Civil Action No. 02-CV-3619 |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT AND WITNESS LIST TO HER PRETRIAL MEMORANDUM

Plaintiff hereby supplements her previous witness and exhibit lists in items 4 and 5 of her Pretrial Memorandum to include the following:

ZZ     ARIZONA DOI press release

AAA   4/22/99 email from Aye to Coyle, re file reviews.  (Forwarded 4/22/99 from Wallete to Coyle)

BBB   7/21/99 e-mail from Aye to Bending, Wallete, Coyle, re hiring defense counsel

CCC   2/2/00/ e-mail from Aye to Coyle,  Re: Bills for buttafuco

DDD   4/10/00 e-mail from Sillari to Coyle

EEE   4/25/00 email Hickson to Coyle, re thanks

FFF   7/17/00 memo Joe Shoen to RepWest managers re: Action Items in Connect with Bulletin

on RepWest Finance Policy Dated 7/17/00

**SUPPLEMENTAL WITNESSES:**

Patricia Land, former Republic Western employee - home address, 4016 East Catalina Drive, Phoenix, AZ 85018 - 7110

          Respectfully submitted,

_____
LINDA P. FALCÃO (43725)
**LAW OFFICES OF**
**LINDA P. FALCÃO, ESQ., PC**
238 Harrogate Road
Wynnewood, PA  19096
610-642-8091
Attorney for Plaintiff

DATE: