IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA DOLAN COYLE et al.           :
                                  :
        vs.                       :        CIVIL ACTION NO. 02-3619
                                  :
REPUBLIC WESTERN INSURANCE CO.    :
et al.

**ORDER**

     **AND NOW,** this    day of       , 2003, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]   - Order staying these proceedings pending disposition of a related action.

- [ ]   - Order staying these proceedings pending determination of arbitration proceedings.

- [ ]   - Interlocutory appeal filed

- [X]   - Other: Pending Chapter 11 Bankruptcy petition filed by AMERCO on June 20, 2003 in the United States District Court for the District of Nevada, Case No. 03-52103 and supervision of defendant Republic Western Insurance Co. by the Arizona Department of Insurance.  Docket No. 03A-098-INS.

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                     **BY THE COURT:**


                                   _____
                                   HARVEY BARTLE III,         J.

Civ. 13 (8/80)