IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA DOLAN COYLE<br>3120 Maureen Drive<br>Philadelphia, PA   19154<br><br>    Plaintiff,<br>  v.<br><br>AMERCO, t/a Republic Western Insurance Company<br>1 Ivybrook Boulevard Suite 160<br>Ivyland, PA   18974<br><br><br>JAMES WALLETE,<br><br>    Defendants | JURY TRIAL DEMANDED<br><br><br><br><br><br><br>Civil Action No. 02-CV-3619 |

## NOTICE OF LIEN FOR ATTORNEYS FEES AND COSTS

Linda P. Falcao, Esq., and Linda P. Falcao, Esq., PC, by and through their attorneys, hereby give notice of a lien for attorneys fees and costs held by them in the above matter in the amount of $125,000 (one hundred twenty five thousand dollars) to attach to settlement or verdict in the above matter, if any.

Respectfully submitted,

_____
Linda P. Falcao
Atty. ID 43725
**Linda P. Falcao, Esq., PC**
238 Harrogate Road
Wynnewood, PA  19096
(610) 642-8091

Attorney for Linda P. Falcao, Esq.
And Linda P. Falcao, Esq., PC

DATE: