## **CERTIFICATE OF SERVICE**

      I, Linda P. Falcao, hereby certify that I served on the date set forth below a copy of the foregoing NOTICE OF LIEN FOR ATTORNEYS FEES AND COSTS via first-class mail, postage prepaid, to the following:

Robert Devine, Esq.
White & Williams
1800 One Liberty Place
Philadelphia, PA    19103-7395

Lisa Dolan Coyle, Esq.
3102 Maureen Drive
Philadelphia, PA    19154

                                                                               _____
                                                                               Linda P. Falcao
                                                                               Atty. ID 43725
                                                                               **Linda P. Falcao, Esq., PC**
                                                                               238 Harrogate Road
                                                                               Wynnewood, PA  19096
                                                                               (610) 642-8091

DATE: