IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                           :
LISA DOLAN COYLE                           :
3120 Maureen Drive                         :
Philadelphia, PA  19154                    :
                                           :
            Plaintiff,                     :      JURY TRIAL DEMANDED
        v.                                 :
                                           :
AMERCO, t/a Republic Western Insurance Company :
1 Ivybrook Boulevard Suite 160             :
Ivyland, PA  18974                         :
                                           :
                                           :
JAMES WALLETE,                             :
                                           :
            Defendants                     :      Civil Action No. 02-CV-3619
_____:

## NOTICE OF WITHDRAWAL AS COUNSEL

Linda P. Falcao, Esq., and Linda P. Falcao, Esq., PC, hereby give notice of withdrawal as counsel for plaintiff Lisa Dolan Coyle in the above matter.

                                    Respectfully submitted,


                                    _____
                                    Linda P. Falcao
                                    Atty. ID 43725
                                    **Linda P. Falcao, Esq., PC**
                                    238 Harrogate Road
                                    Wynnewood, PA  19096
                                    (610) 642-8091

DATE: