## CERTIFICATE OF SERVICE

I, Linda P. Falcao, hereby certify that I served on the date set forth below a copy of the foregoing NOTICE OF WITHDRAWAL AS COUNSEL via first-class mail, postage prepaid, to the following:

Robert Devine, Esq.
White & Williams
1800 One Liberty Place
Philadelphia, PA    19103-7395

Lisa Dolan Coyle, Esq.
3102 Maureen Drive
Philadelphia, PA    19154

                                                                                                                                                                _____
Linda P. Falcao
Atty. ID 43725
**Linda P. Falcao, Esq., PC**
238 Harrogate Road
Wynnewood, PA  19096
(610) 642-8091

DATE: