IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA DOLAN COYLE<br>3120 Maureen Drive<br>Philadelphia, PA   19154<br><br>　　　　　Plaintiff,<br>　　v.<br><br>AMERCO, t/a Republic Western Insurance Company<br>1 Ivybrook Boulevard Suite 160<br>Ivyland, PA   18974<br><br>JAMES WALLETE,<br><br>　　　　　Defendants | JURY TRIAL DEMANDED<br><br><br><br><br><br><br><br><br>Civil Action No. 02-CV-3619 |

## PETITION FOR LEAVE TO WITHDRAW AS COUNSEL

　　Linda P. Falcao, Esq., and Linda P. Falcao, Esq., PC, hereby petition for leave of Court to withdraw as counsel for Ms. Coyle in the above matter, and in support thereof, allege as follows:

1. Plaintiff Ms. Coyle desires that plaintiff's counsel file her withdrawal in this matter.  Counsel has already returned the case file to plaintiff for Ms. Coyle's use in proceeding pro se (Ms. Coyle is an attorney), or for providing to new counsel.

2. Plaintiff and plaintiff's counsel have developed irreconcilable differences in strategy and approach in this matter.

3. Further representation of plaintiff will impose a significant financial hardship to plaintiff's counsel.

4. This case has been in civil suspense due to the bankruptcy of AMERCO and the supervision of Republic Western Insurance Company by the Arizona DOI. These two conditions continue to this day. The case having no active deadlines at this time, it will not prejudice plaintiff for counsel to withdraw at this time.

For the above reasons, the undersigned counsel hereby requests leave of Court to withdraw as counsel for plaintiff Lisa Coyle in the above matter.

Respectfully submitted,

_____
Linda P. Falcao
Atty. ID 43725
**Linda P. Falcao, Esq., PC**
238 Harrogate Road
Wynnewood, PA  19096
(610) 642-8091

DATE: