IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA DOLAN COYLE** | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO. 02-3619 |
| v. | : | |
| | : | |
| **AMERCO t/a Republic Western** | : | |
| **Insurance Company** | : | |
|     Defendant | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Please enter the appearance of Timothy M. Kolman, Esquire on behalf of the Plaintiff, Lisa Dolan Coyle in the above-entitled matter.

                                      Respectfully submitted,

                                      TIMOTHY M. KOLMAN AND ASSOCIATES

                        By:    /s/ Timothy M. Kolman
                                  Timothy M. Kolman, Esquire
                                  Attorney for Plaintiff
                                  225 North Flowers Mill Road
                                  Langhorne, Pennsylvania  19047
                                  (215) 750-3134

March 15, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LISA DOLAN COYLE** | : | **CIVIL ACTION** |
| **Plaintiff** | : | No. 02-3619 |
| | : | |
| v. | : | |
| | : | |
| **AMERCO t/a Republic Western Insurance Company** | : | |
| **Defendant** | : | |

**CERTIFICATE OF SERVICE**

I, Timothy M. Kolman, do hereby certify that on the date set forth below I served a true and correct copy of Plaintiff's Entry of Appearance, by mailing same, postage prepaid, upon the following individual:

> Joanne Rathgeber, Esquire
> Rathgeber & Associates
> Attorneys at Law
> 111 East Court Street
> Doylestown, Pennsylvania   18901
>
> Robert G. Devine, Esquire
> Michael W. Horner, Esquire
> White and Williams, LLP
> 1800 One Liberty Place
> 1650 Market Street
> Philadelphia, Pennsylvania  19103

March 15, 1005                                    /s Timothy M. Kolman