IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA DOLAN COYLE | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| AMERCO et al. | : | NO. 02-3619 |

### ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE

    **AND NOW,** this           day of                   , 2005, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

 

_____
HARVEY BARTLE III,           J.

Civ 15 (8/80)