```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LISA DOLAN COYLE                :       CIVIL ACTION
                                :
        vs.                     :
                                :
AMERCO                          :       NO. 02-3619
```

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

    **AND NOW,** this     day of           , 2005, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

```
                          _____
                          HARVEY BARTLE III,          J.
```

Civ 15 (8/80)