IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA DOLAN COYLE<br>Plaintiff, | : CIVIL ACTION<br>:<br>: No. 02-3619 |
| v. | : |
| AMERCO t/a Republic Western<br>Insurance Company | : |
| Defendant. | : |

## STIPULATION

**WHEREAS**, Plaintiffs have sought an extension of time within which to respond to Defendant's Motion for Summary Judgment Defendant and having consented;

**NOW, THEREFORE**, the parties, by and through their undersigned counsel, hereby stipulate and agree as follows that Plaintiff may answer Defendant's Motion for Summary Judgment by August 9, 2005.

_____
Timothy M. Kolman, Esquire
TIMOTHY M. KOLMAN & ASSOCIATES
225 North Flowers Mill Road
Langhorne, PA 19047
(215) 750-3134

_____
Robert Devine, Esquire
WHITE AND WILLIAMS
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7000

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED and DECREED that the foregoing stipulation is hereby APPROVED as an Order of the Court.

BY THE COURT

_____ J.