IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA DOLAN COYLE                    :
                                    :
        vs.                         :   CIVIL ACTION NO. 02-3619
                                    :
AMERCO, et al.                      :

**MINUTE ENTRY/REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this **28TH** day of **July**, 2005, a

[ ] Pretrial Conference was held.

[X] Settlement Conference was held.

.

TOTAL TIME: **2.0** hours

```
                        _____
                              Juanita M. Davis
                        Deputy Clerk to Judge Diane M. Welsh
```